UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

William Myre, *et al.*,

                Plaintiffs,        Case No. 22-cv-11113

v.                                  Judith E. Levy
                                         United States District Judge

Oxford Community School District,
*et al.*,                              Mag. Judge Jonathan J.C. Grey

                Defendants.

_____/

## ORDER STRIKING PLAINTIFFS' COMPLAINT [1] AND DIRECTING THE CLERK'S OFFICE TO AMEND THE DOCKET

On May 22, 2022, Plaintiffs filed the complaint in this case. (ECF No. 1.) Plaintiffs' complaint contains the full names of the minor Plaintiffs and is therefore not in compliance with Federal Rule of Civil Procedure 5.2(a)(3).[1] Accordingly, Plaintiffs' complaint is stricken. By May 27, 2022, Plaintiffs must file a redacted version of the complaint that refers to the minor Plaintiffs by their initials, as required by Rule

---

[1] Federal Rule of Civil Procedure 5.2(a)(3) provides that "[u]nless the court orders otherwise, in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor, . . . a party or nonparty making the filing may include only . . . the minor's initials." Fed. R. Civ. P. 5.2(a)(3).

5.2(a)(3). The Clerk's Office is directed to amend the docket by substituting the minor Plaintiffs' full names with their initials.

IT IS SO ORDERED.

Dated: May 23, 2022  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 23, 2022.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager