UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM MYRE, and SHERI MYRE,
as co-personal representatives of the Estate
of T.M., *Deceased*,

Case No.: 2:22-cv-11113

CRAIG SHILLING, and JILL SOAVE,
as co-personal representatives of the Estate of
J.S., *Deceased;*

U.S District Judge:
Mark A. Goldsmith

U.S. Magistrate Judge:
Anthony P. Patti

CHAD GREGORY, as Next Friend for
K.G., a minor,

LAUREN ALIANO, as Next Friend for S.K.,
a minor and G.K., a minor,

LAURA LUCAS, as Next Friend for A.S.,
a minor,
                    Plaintiffs,
v.

OXFORD COMMUNITY SCHOOL DISTRICT;
SUPERINTENDENT TIMOTHY THRONE;
PRINCIPAL STEVEN WOLF; DEAN OF
STUDENTS NICHOLAS EJAK;
STUDENT COUNSELOR SHAWN HOPKINS;
SUPERINTENDENT KENNETH WEAVER;
TEACHER PAM PARKER FINE; TEACHER
JACQUELINE KUBINA; TEACHER
BECKY MORGAN; and TEACHER ALLISON
KARPINSKI.
                    Defendants.
_____/

**EXHIBIT 1**

