## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WILLIAM MYRE, and SHERI MYRE,
as co-personal representatives of the Estate
of T.M., *Deceased*,

CRAIG SHILLING, and JILL SOAVE,
as co-personal representatives of the Estate of
J.S., *Deceased;*

CHAD GREGORY, as Next Friend for
K.G., a minor,

LAUREN ALIANO, as Next Friend for S.K.,
a minor and G.K., a minor,

LAURA LUCAS, as Next Friend for A.S.,
a minor,

                 Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT;
SUPERINTENDENT TIMOTHY THRONE;
PRINCIPAL STEVEN WOLF; DEAN OF
STUDENTS NICHOLAS EJAK;
STUDENT COUNSELOR SHAWN HOPKINS;
SUPERINTENDENT KENNETH WEAVER;
TEACHER PAM PARKER FINE; TEACHER
JACQUELINE KUBINA; TEACHER
BECKY MORGAN; and TEACHER ALLISON
KARPINSKI.

                 Defendants.

Case No.: 2:22-cv-11113

U.S District Judge:
Mark A. Goldsmith

U.S. Magistrate Judge:
Anthony P. Patti

_____/

## EXHIBIT 2

# Chapter 5 – Test REVIEW #1

E███ C███
November 30th 2021
8:59 AM

## 5-7: Using Congruent Triangles

| I can use ≅ Δs. |



Given: $\overline{MQ} \cong \overline{NT}$
$\overline{MQ} \parallel \overline{NT}$
Prove: $\overline{MN} \cong \overline{QT}$

1.
2. $\angle 1 \cong \angle 2$
3. $\overline{MT} \cong \overline{MT}$
4. $\triangle MNT \cong$ _____
5.

1.
2.
3.
4. The thoughts
5. Won't stop

Given: $\overline{YX} \cong \overline{WX}$
$\overline{ZX}$ bisects $\angle YXW$.
Prove: $\overline{YZ} \cong \overline{WZ}$

1. RMX 808
2. $\angle 1 \cong \angle 2$
3. $\overline{XZ} \cong \overline{XZ}$
4. $\triangle YXZ \cong \triangle WXZ$
5.

1.
2.
3.
4.
5. Video game this is

**Reason Bank:**
- Given
- Given
- CPCTC
- CPCTC
- SAS
- SAS
- Reflexive Property
- Reflexive Property
- Def'n of Bisector
- Alt. Int. ∠s Thm.

| I can prove Δs ≅. |

## 5.3, 5.5-5.6: Congruent Triangles

k any given information on the diagram. Are the triangles congruent? Which theorem proves this?
Write congruent statements for the bottom row.

I love my life so much!!!
OHS Rocks!

Harmless act
We're all friends Here

$\triangle PQR \cong$

$\triangle PQR \cong$

$\triangle ABC \cong$

$\triangle WXY \cong$

