UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM MYRE, and SHERI MYRE,
as co-personal representatives of the Estate
of T.M., Deceased; CRAIG SHILLING, and
JILL SOAVE, as co-personal representatives
of the Estate of J. S., Deceased; CHAD
GREGORY, as Next Friend for K. G., a minor;
LAUREN ALIANO, as Next Friend for S.K.,
a minor, and G.K., a minor; and LAURA LUCAS,
as Next Friend for A.S., a minor,

      Plaintiffs,                      Judge Mark A. Goldsmith

v                                         No. 22-11113

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, SHAWN HOPKINS,
KENNETH WEAVER, PAM PARKER
FINE, JACQUELINE KUBINA, BECKY
MORGAN and ALLISON KARPINSKI,

      Defendants.
_____/

| | |
|---|---|
| VEN JOHNSON (P39219) | TIMOTHY J. MULLINS (P28021) |
| JEFFREY T. STEWART (P24138) | KENNETH B. CHAPIE (P66148) |
| KANWARPREET S. KHAHRA (P80253) | JOHN L. MILLER (P71913) |
| CHRISTOPHER DESMOND (P71493) | ANNABEL F. SHEA (P83750) |
| Johnson Law, PLC | Giarmarco, Mullins & Horton, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 535 Griswold St., Suite 2632 | 101 W. Big Beaver Road, 10th Floor |
| Detroit, MI 48226 | Troy, MI 48084-5280 |
| (313) 324-8300 | (248) 457-7020 |
| vjohnson@venjohnsonlaw.com | tmullins@gmhlaw.com |
| jstewart@venjohnsonlaw.com | kchapie@gmhlaw.com |
| kkhahra@venjohnsonlaw.com | jmiller@gmhlaw.com |
| cdesmond@venhohnsonlaw.com | ashea@gmhlaw.com |

**<u>NOTICE OF NON-PARTY FAULT</u>**

Defendants, OXFORD COMMUNITY SCHOOLS, TIMOTHY THRONE, STEVEN WOLF, NICHOLAS EJAK, SHAWN HOPKINS, KENNETH WEAVER, PAM PARKER FINE, JACQUELINE KUBINA, BECKY MORGAN and ALLISON KARPINSKI, hereby file a Notice of Non-Party Fault pursuant to MCR 2.112(K) as to the following:

1. Ethan Crumbley
2. Jennifer Crumbley
3. James Crumbley

for the reason that Defendants contend that the conduct complained of by Plaintiffs was proximately caused or contributed to by said individuals.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants

### CERTIFICATE OF ELECTRONIC SERVICE

TIMOTHY J. MULLINS states that on June 24, 2022, he did serve a copy of the **Notice of Non-Party Fault** via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021