UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM MYRE et al,

                Plaintiffs,

v.

OXFORD COMMUNITY SCHOOL DISTRICT et al.,

                Defendants.

No. 22-cv-11113

Hon. Mark A. Goldsmith

## ORDER (1) STAYING CASE AND (2) DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (Dkt. 47)

In accordance with the order entered on today's date in Franz et al. v. Oxford Community School District et al., No. 21-cv-12871, the Court stays and administratively closes this case pending resolution of the appeal before the United States Court of Appeals for the Sixth Circuit.

The Court denies without prejudice Defendants' motion for judgment on the pleadings (Dkt. 47).

SO ORDERED.

Dated: July 10, 2023
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge