UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM MYRE, and SHERI MYRE,
as co-personal representatives of the Estate
of T.M., Deceased; CRAIG SHILLING, and
JILL SOAVE, as co-personal representatives
of the Estate of J. S., Deceased; CHAD
GREGORY, as Next Friend for K. G., a minor;
LAUREN ALIANO, as Next Friend for S.K.,
a minor, and G.K., a minor; and LAURA LUCAS,
as Next Friend for A.S., a minor,

   Plaintiffs,          Judge Mark A. Goldsmith
                   Magistrate Anthony P. Patti
v                    No. 22-11113

OXFORD COMMUNITY SCHOOLS,
NICHOLAS EJAK and SHAWN HOPKINS,

   Defendants.
_____/

| VEN JOHNSON (P39219) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| JEFFREY T. STEWART (P24138) | KENNETH B. CHAPIE (P66148) |
| KANWARPREET S. KHAHRA (P80253) | JOHN L. MILLER (P71913) |
| CHRISTOPHER DESMOND (P71493) | ANNABEL F. SHEA (P83750) |
| Johnson Law, PLC | Giarmarco, Mullins & Horton, P.C. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 535 Griswold St., Suite 2632 | 101 W. Big Beaver Road, 10th Floor |
| Detroit, MI 48226 | Troy, MI 48084-5280 |
| (313) 324-8300 | (248) 457-7020 |
| vjohnson@venjohnsonlaw.com | tmullins@gmhlaw.com |
| jstewart@venjohnsonlaw.com | kchapie@gmhlaw.com |
| kkhahra@venjohnsonlaw.com | jmiller@gmhlaw.com |
| cdesmond@venjohnsonlaw.com | ashea@gmhlaw.com |

## **ORDER OF DISMISSAL WITH PREJUDICE**

   Pursuant to the Opinion issued March 20, 2025 by Judge Kethledge, Judge

Larsen, and Judge Mathis of the United States Court of Appeals for the Sixth Circuit

in Case Nos. 23-1489 / 1565, remanding the cases to the United States District Court for dismissal,

IT IS HEREBY ORDERED that the above-captioned cause be dismissed with prejudice and without costs or attorney fees as to all parties. This Order resolves all pending claims in the above-captioned matter and closes this case.

Dated: May 20, 2025                   s/Mark A. Goldsmith  
    Detroit, Michigan                MARK A. GOLDSMITH  
                                        United States District Judge